BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00135-CKD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| LONDON JAMAL WEBB, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

### **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on July 14, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until July 16, 2015, at 2:00 p.m.
3. The defendant made his initial appearance on June 30, 2015, and preliminary hearing was scheduled for July 14, 2015.
4. The defendant is presently in custody.

5. The parties are not available on July 14, 2015, and therefore seek leave of the Court to continue the matter for two days.
6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: July 8, 2015         /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: July 8, 2015         /s/ William E. Bonham
                            WILLIAM E. BONHAM
                            Attorney for London Webb
                            (as authorized on July 7, 2015)

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  July 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE